Case 0:11-cv-62639-WPD Document 1 Entered on FLSD Docket 12/13/2011 Page 1 of 5

FILED by MB D.C.
ELECTRONIC
Dec. 13, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO: PENDING

## 11-62639-CIV-DIMITROULEAS/WHITE

**CHARLES NEUMAN,**

(Plaintiff)

Vs.

**FEDERAL CRIMINAL DEFENSE CENTER,**

(Defendant)

_____/

## COMPLAINT

    I, Charles A. Neuman, plaintiff, in the above styles cause, sue the defendant, Federal Criminal Defense Center.

This action is filed under 42 U.S.C. § 1983 (**Bivens Claim**). The Defendant failed to perform its job in a satisfactory manner, and breached the contract that was agreed upon by both parties. Furthermore, this complaint is based upon the denial of essential requirements connect to the Plaintiff's due process rights. The plaintiff asserts the Defendant must be tried by jury because the 7th Amendment to the United States Constitution clearly states: "**In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.**"

    Furthermore, the District Courts has authority to decide Plaintiff's federal claims from 28 U.S.C. § 1331, which provides that district courts have jurisdiction over civil actions arising under the Constitutional, laws, or treaties of the United States. Moreover, the District Courts has supplemental jurisdiction of State law pursuant to 28 U.S.C. § 1367.

cat/div _Bivens/FTL_
Case # _11cv62639_
Judge _WPD_  Mag _PAW_
Motn Ifp _____  Fee pd $ _____
Receipt # _____

1

## CERTIFICATE OF SERVICE

I, Charles Neuman, hereby certify that a true and correct copy of the foregoing was served by U.S. Certified Mail on this 30 day of Nov. 2011, on all parties of record on the Service List below.

*Charles Neuman*
Signature of Filer

## SERVICE LIST

Clerk of the Court
299 East Broward Blvd
Ft. Lauderdale, Fl 33301

Federal Criminal Defense Center
4462 N. University Drive
Fort Lauderdale, FL. 33351
U.S.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: PENDING

**CHARLES NEUMAN,**

(Plaintiff)

Vs.

**FEDERAL CRIMINAL DEFENSE CENTER,**

(Defendant)

_____/

TITLE OF DOCUMENT

I, Charles Neuman, in the above styled cause, file this 42 U.S.C. § 1983 action because I alleged the Defendant breached the contract that was agreed upon by both parties by not fulfilling their duty of preparing and serving me with my Federal Post Conviction Rule 33 Motion for a New Trial. Moreover, this complaint is based upon the denial of essential requirements connect to the Plaintiff's due process rights.

DATE: Nov. 30, 2011

Respectfully Submitted.

*Charles Neuman*

**Charles Neuman**
**Fed. Reg. No. 90449-079**
**Federal Correctional Institution**
**P.O. Box 4050**
**Pollock, Louisiana**

1

DATE: Nov. 30, 2011

Respectfully Submitted.

*Charles Neuman*

**Charles Neuman**
**Fed. Reg. No. 90449-079**
**Federal Correctional Institution**
P.O. Box 4050
Pollock, Louisiana

## CERTIFICATE OF SERVICE

I, Charles Neuman, hereby certify that a true and correct copy of the foregoing was served by U.S. Certified Mail on this 30 day of Nov. 2011, on all parties of record on the Service List below.

*Charles Newman*
Signature of Filer

## SERVICE LIST

Clerk of the Court
299 East Broward Blvd
Ft. Lauderdale, Fl 33301

Federal Criminal Defense Center
4462 N. University Dr.
Fort Lauderdale, FL 33351

2



⇔ 90449-079 ⇔
CHARLES NEUMAN
Federal Correction Instit
P.O. BOX 4050
Pollock, LA 71467
United States

U.S. District Court
Southern District of Florida
299 East Broward Blvd., Rm 108
Fort Lauderdale, Florida, 333 01

33301$1922