FILED by PRG D.C.

MAR 01 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. - MIAMI

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CHARLES NEUMAN          CASE NO: 11-62639-DIMITROULEAS
(Plaintiff)                   MAGISTRATE JUDGE P.A.WHITE

V.

FEDERAL CRIMINAL DEFENSE
CENTER, DAVID JAY BERNSTEIN
(Defendants)

## AMENDMENT TO THE COMPLAINT IN THE ABOVE NUMBERED CASE

**NOW COMES, Charles Neuman** (hereinafter "petitioner or Plaintiff"), a Pro/Se litigant, Amend the following complaint for the above numbered case:

## PARTIES

I, **Charles A. Neuman**, **Plaintiff**, in the above numbered case, sues the defendants, **Federal Criminal Defense Center**, and **David Jay Bernstein** (*manager and owner of Criminal Defense Center*). Federal Criminal Defense Center address is 4462 N. University Drive, Fort Lauderhill, Florida 33351, phone number (954)747-9777.[1]

## FACTUAL ALLEGATION

---

[1] Petitioner would like to correct the address and amend the name of the Defendant David Jay Bernstein. In the first complaint the city was Fort Lauderdale, but is discovered Fort Lauderhill.

Federal Criminal Defense Center is private company that solicited the petitioner to file his *post conviction relief* for a fee of $1700. This company promised they could write my rule 33 motion on Newly Discovered Evident in 1 ½ to 2 months on April of the year 2011, as it was time sensitive. I had talked to James Murphy and Pier, (*Federal Criminal Defense Employee*), concerning this matter. Three months later, they did not perform any service, so I filed the rule 33 motion to the best of my knowledge. I requested for my money back, but didn't hear any response about the money.

Since the Federal Criminal Defense Center did not perform any service as promised, they asked if they could instead file my 2255 motion to *Set Aside or Vacate* my sentence. We had agreed in an email that the 2255 motion will be written by Federal Criminal Defense Center by Sept. of 2011. This also was time sensitive motion, as I have one year from the time my appeal was ruled on Dec. of 2010. **NO MOTION OR ANY OTHER DOCUMENTS** was ever produced by Federal Criminal Defense Center for my case to this day. I have asked several times in an email and on the phone to return my money, but I have not heard any response concerning this matter.

## CLAIM FOR RELIEF

For Punitive and Monetary damage, the Pro/Se litigant request judgment of $201,500 from Defendant, Federal Criminal Defense Center and David Jay Bernstein. Petitioner is entitled to Punitive and Monetary damage as Defendant defaulted on the contract and now the time frame to file the two important post conviction motion has passed. One of

the motion being Newly Discovered Evidence (rule33) proving the innocence of Pro/Se litigant.

## CERTIFICATION

I, **Charles Neuman**, certify under penalty of perjury that the above declaration is true and correct to best of his knowledge on February 25, 2012.

## CONCLUSION

*IN THE INTEREST OF JUSTICE* PRO/SE litigant request for judgment in favor of the Plaintiff, after reviewing the case and the facts of the matter.

Respectfully submitted,

*Charles Neuman*
Charles Neuman Pro/Se
Fed Reg. # 90449-079
P.O. BOX 4050
Pollock, Louisiana, 71467-4050